United States District Court
Southern District of Texas
**ENTERED**
October 05, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RAFAEL CARBONEL HERNANDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-7646 |
| vs. | § | |
| | § | |
| WARDEN, Joe Corley Processing Center, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |
| | § | |

## ORDER OF DISMISSAL

The petitioner, Rafael Carbonel Hernandez, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). On September 24, 2026, the federal respondents filed an Advisory stating that on September 17, 2026, an immigration judge granted the petitioner relief from removal and that the petitioner was then released from custody that same day. (Docket Entry No. 5). Because the petitioner is no longer in custody, this habeas action is moot.

The court **orders** that this case is **dismissed without prejudice**. Any pending motions are **denied** as moot.

SIGNED on October 5, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge